# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# (Kansas City Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**OTIS WARREN,** )<br>a/k/a "J" )<br>)<br>**Defendant.** ) | **CASE NO.** 12-20023-01-KHV-JPO |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning on or about November 1, 2011, and continuing up to and including November 9, 2011, in the District of Kansas and elsewhere, the defendant,

### OTIS WARREN
### a/k/a "J",

knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, a person, specifically A.R., who had not attained the age of 18 years old, and affecting interstate commerce, benefitted financially and by receiving anything of value from participation in a venture that engaged in such acts, knowing and in reckless disregard of the fact that force, threats of force, fraud, coercion, and any combination of such means were used to cause A.R. to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1) & (2).

A TRUE BILL.

DATED: February 22, 2012         S/Foreperson
                                 FOREPERSON


 s/Kim I. Martin, #13407 for
BARRY R. GRISSOM
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
barry.grissom@usdoj.gov
Ks. S. Ct. No. 10866


(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

**Count 1**     18 U.S.C. § 1591(a)(1) - Sex Trafficking

- NLT 15 years to NMT life incarceration;
- $250,000.00 Fine;
- NMT 5 years SR; and
- $100.00 Special Assessment Fee